IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | NO. | MO:04-CR-00086 (19) |
| | § | | |
| LEONARD DUANE GRIFFITH | § | | |

### ORDER TO FILE RESPONSE

**BEFORE THE COURT** is Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 2265) filed July 27, 2021. The Court **ORDERS** the Government to file a response to Defendant's Motion on or before **Monday, September 13, 2021**.

It is so **ORDERED**.

**SIGNED** this 2nd day of August, 2021.

_David Counts_
DAVID COUNTS
UNITED STATES DISTRICT JUDGE