**FILED**
October 01, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

Defendant's Response:

Leonard Duane Griffith
# 27453-180
Federal Medical Center
PO Box 15330
Ft. Worth, Texas
76119

7:04-cr-086-DC-19

CC:
US Attorney's Office
400 W. Illinois St. Suite 1200
Midland, Tx  79701

Honorable Judge Counts:

I have recieved the Galerments' response and I'm not aware of the proper protocol or Motions that I'm suppose to file, and I do not trust "jail-house" lawyers, due to the simple fact that if they truly knew what they're doing, then they wouldn't be sitting in prison as well. So I'm going with the advice of my late Grandfather who said "No-one can fight your fight as well as yourself". So I apologize if the Court feels I'm out of line by using this form of response.

The Galerment has made me out to be a Evil, violent person, nothing could be further from the truth. You will not find any violent act in my record. I have not been in a violent altercation inside or outside of prison. Even thou I was placed in one of the most violent prisons in the BOP. Which is Victorville USP.

I am no Angel nor do I claim to be. I have made way too many bad judgements decisions in my life. And although a lot of them were fueled by drugs and alcohol, they're still regrets that make it hard to smile each day. If I could take them back Judge, I would. But I'm not the same person that came to prison over 20 years ago.

I now have many skills that make me a valueable employee in the work force. As well as four beautiful reasons to be a better person & never jeapordize my freedom again. And that's my grandchildren. Who on the worst day of my life, always seem to make me smile, and want to be a better person. To be a Grandfather where I failed as a father.

When does a person's past quit dictating his future? I don't have a lot of years left in my life to be able to work and enjoy the pleasures of being a Grandfather.

I'm 66 years old with a lot of medical conditions. I'm tired and my body's beat down to the point that I have to force myself to work & do the excercising that I do. I have been vaccinated and contradicting to what the Government has said, I am no threat what so ever to society.

So I ask the Court to please give me a chance to enjoy this valueable time with my grand-children. The three years that I have left on this sentence, would be better spent by me working and becoming a productive member of society, who has long passed me by.

Let me prove to you that not everyone lives up to their past.

Respectfully
*Leonard D. Griffith*
Leonard Griffith

I'm including some exhibits

(A) Three Letters of recognition from BOP staff members
(B) wardens' denial contradicting the fact. He said that I have all these medical condition but I am still able to attend activities. I'm confused on this one
(C) X-Rays of my lt. ankle & leg that now has 2 plates & 9 screws In it Limiting my ability to attend activities

A. copy has been sent to the US Attorneys office in Midland.



# US DEPARTMENT OF JUSTICE
### FEDERAL BUREAU of PRISONS
### PHOENIX, AZ 85086

---

MEMORANDUM

11/6/2013

TO: D. Muniz, Case Manager FCI Phoenix, AZ.

FROM: M. Laird, Electronics Worker Supervisor, UNICOR, FCI Phoenix, AZ. //S//

SUBJECT: Work Performance of inmate Griffith, Leonard #27453-180

Inmate Griffith #27453-180 worked at UNICOR Phoenix, off and on, from 11-9-2010 to 4-15-13. During the times he was here he worked directly for me. His duties included the maintenance of the UNICOR building the equipment inside the factory. He completed these duties without dragging his feet compared to other inmates. In fact he reminded me of scheduled maintenance of equipment on more than one occasion. He is very good at adapting a piece of equipment to meet the needs of the factory. He was always trying to save money by recycling and repairing equipment. His level of skill for these repairs is extremely useful. If He doesn't quite know how a piece of equipment works he will by the end of the day. Faster if there is a manual. He was never late for work and often asked for extra duties to keep busy. He was never one that needed to be told to get to work. His work ethics are good. He wants to see that jobs get done and done correctly.

He was always very respectful of all the staff in UNICOR and never caused any problems for any staff member.

(A)



**U.S. Department of Justice**

**Federal Bureau of Prisons**

85086

Office of the Warden                                    Phoenix, Arizona

October 21, 2016

**MEMORANDUM FOR:** D. Santos, Case Manager FCI Phoenix, AZ

**FROM:** D. Vanselow, Electrical Supervisor, FCI Phoenix, AZ

**SUBJECT:** Work Performance of inmate Griffith, Leonard #27453-180

During my time at FCI Phoenix from 2008 to present, inmate Griffith #27453-180 has worked for me on the electrical detail and has also helped me work on and complete projects while working on other details. While working on some projects besides regular electrical maintenance I would borrow inmate Griffith from his regular Unicor job to help out. In one instance we had to change an entire electrical panel that had blown up. Inmate Griffith was a great help on that job. He was well prepared, had all the correct tools ready and available at the job site and he jumped right in and took over the project. He did a majority of the project on his own with our help and input. Inmate Griffith has a very good work ethic, is always on time to work, and seems to really enjoy working. He also has a lot of knowledge on multiple subjects and equipment and is mechanically inclined. He is knowledgeable in multiple trades from electrical, welding, plumbing, carpentry and can figure out most things you put in front of him. In my opinion inmate Griffith #27453-180 would be an asset on any work detail.

(A)



**U.S. Department of Justice**

Federal Prison Industries, Unicor

*Federal Correctional Institution*

Date March 23 2016

To whom it may concern:

FROM: B. Jones, Electrical Foreman Supervisor FPI Unicor

SUBJECT: Future Employer of Leonard Griffith

It is my pleasure to recommend Leonard Griffith for the position of a maintenance worker with your company. L. Griffith has worked under my supervision for four years now and he is one of the most outstanding workers that FPI Unicor has had the fortune to hire.

L. Griffith can be described best in three words - hardworking, conscientious and enthusiastic. He is a careful thinker which makes it easy for him to plan day-to-day activities and keep order of things. With deep knowledge of general factory maintenance practices, handling electrical projects', metal work fabricator Etc. There has not been a single maintenance issue that has arisen within the last four years that L. Griffith did not have an above average understanding of and was able to repair or fabricate to the benefit of the factory. He has saved the factory tens of thousands of dollar's in costly repairs that he was able to perform for pennies on the dollar. L. Griffith has been a true asset to the company.

L. Griffith needed minimal training and has been constantly upgrading his skills by researching and self-training. He has directed numerous work crews on many projects and was always able to complete the task early and under budget.

Being part of an organization that is proud of its maintenance workforce, L. Griffith is sure to be an asset. He breaks the "maintenance worker" stereotype through his ability to work progressively, even on the most difficult of maintenance projects. If you require any more information about L. Griffith or his work, please feel free to contact me.

Sincerely,
Bruce Jones

Electrical Worker Supervisor
U.S. Department of Justice
Federal Prison Industries Unicor
Federal Correctional Institution
37900 N. 45th Avenue
Phoenix, Arizona  85027
Office: (623) 465-2033
Email: Bruce.Jones2@usdoj.gov

1

(A)

*Inmate Copy*

RESPONSE TO RIS REQUEST
INMATE: Griffith, Leonard
REGISTER NO: 27453-180
INSTITUTION: FMC Fort Worth

This is in response to your Compassionate Release/Reduction in Sentence (RIS) request under Debilitated Medical Condition and COVID-19.

Consideration for your release, under the provisions of Title 18, United States Code, Section 3582 (c)(1)(A), and Bureau of Prisons Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>, dated January 17, 2019, has been given careful review, which included updated medical and case summary information.

A review of this request revealed you do not meet the criteria for Medical Circumstances - Debilitated Medical Condition. Your recent medical summary reflects you have been diagnosed with peripheral neuropathy, esophageal reflux, cirrhosis of the liver, and multiple other medical conditions. Although you have multiple medical conditions, you are able to independently attend to your activities of daily living.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. COVID-19 measures are in place per CDC guidance to minimize the threat of COVID. Your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release from your sentence.

After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prison's Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program.

Medical staff will continue to monitor your conditions as clinically indicated. I suggest you work with your Unit Team and your designated Medical and Mental Health Team to address your needs, as they may arise.

_____          7/7/21
J. Segovia, Acting Warden         Date

(B)


R
X-Table
Before (C)



After (C)

Leonard Griffith # 27453-180
Federal Medical Center
Po Box 15330
Ft. Worth, Texas 76119



RECEIVED
OCT 0 1 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

Clerk, US District Court
Western District of TEXAS
U.S. Court house
200 E Wall Street, (Room 222)
Midland, Texas
         79701