**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO:   MO:04-CR-00086 (19)** |
| | § | |
| **LEONARD DUAN GRIFFITH** | § | |

## ORDER

Before the Court are the Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 2265) filed July 27, 2021, the Government's Response to the Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 2270) filed September 20, 2021, and the Defendant's Reply to the Government's Response (Doc. 2272) filed October 1, 2021. After considering the pleadings in this case, the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 2265) is **DENIED.**

It is so **ORDERED**.

SIGNED this 11th day of October, 2021.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE